BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
**CHRISTINE G. ENGLAND, CALIFORNIA STATE BAR NO. 261501**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
Email: Christine.England@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS E. WELSH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:18-CV-00455-REB<br><br>**ANSWER** |

COMES NOW Defendant, United States of America, by and through Christine G. England, Assistant United States Attorney for the District of Idaho, and in answer to Plaintiff's Second Amended Complaint, ECF No. 15 ("the Complaint").  The numbered paragraphs of this Answer correspond to the numbered paragraphs of the Complaint.  Defendant does not waive any defensive theory or agree to or admit that Plaintiff's headings are accurate, appropriate, or substantiated.  All allegations of the Complaint that are not specifically admitted, denied or qualified are hereby expressly denied.  The United States hereby admits, denies and alleges as follows:

**ANSWER - 1**

## PARTIES, JURISDICTION, AND VENUE

1.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 1, and so, on that basis and to the extent that a response is deemed required, denies those allegations.

2.      Paragraph 2 contains Plaintiff's characterization of his complaint, to which no response is required. To the extent that a response is deemed required, the allegations in Paragraph 2 are denied.

3.      Paragraph 3 states a legal conclusion to which a response is not required. To the extent that a response is deemed required, the allegations in Paragraph 3 are denied.

4.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 4, and so, on that basis and to the extent that a response is deemed required, denies those allegations.

5.      Paragraph 5 states a legal conclusion to which a response is not required. To the extent that a response is deemed required, Defendant admits only that Plaintiff Welsh presented his claim in writing the United States Department of Veterans Affairs and that the Department of Veterans Affairs denied his claim on April 18, 2018. Defendant denies the remaining allegations in Paragraph 5.

6.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 6, and so, on that basis and to the extent that a response is deemed required, denies those allegations.

## FACTUAL ALLEGATIONS

7.      Defendant incorporates by reference its responses to Paragraphs 1-6.

8.      Denied.

**ANSWER - 2**

9. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 9, and so, on that basis and to the extent that a response is deemed required, denies those allegations.

10. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 10, and so, on that basis and to the extent that a response is deemed required, denies those allegations.

11. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 11, and so, on that basis and to the extent that a response is deemed required, denies those allegations.

12. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 12, and so, on that basis and to the extent that a response is deemed required, denies those allegations.

13. Defendant admits the allegations contained in the first, second, third, fourth and seventh sentences of Paragraph 13.  Defendant denies the allegations contained in the fifth and sixth sentences of Paragraph 13.

14. Admitted.

15. Denied.

16. Denied.

17. Defendant admits the allegations contained in the first, second, fourth and sixth sentences of Paragraph 17.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in the third sentence of Paragraph 17, and so, on that basis and to the extent that a response is deemed required, denies those allegations.  Defendant denies the allegations contained in the fifth sentence of Paragraph 17.

**ANSWER - 3**

18. Denied.

19. Denied.

20. Admitted.

21. Admitted.

22. Defendant admits the allegations contained in the second, third, fourth, fifth, seventh and eighth sentences of Paragraph 22. Defendant denies the allegations contained in the first and sixth sentences of Paragraph 22.

23. Admitted.

24. Admitted.

25. Admitted.

26. Denied.

27. Denied.

28. Admitted.

29. Admitted.

30. Defendant admits the allegations contained in the first sentence of Paragraph 30. Defendant denies the allegations contained in the second sentence of Paragraph 30.

31. Defendant admits the allegations contained in the first and fourth sentences of Paragraph 31. Defendant denies the allegations contained in the second, third and fifth sentences of Paragraph 31.

32. Defendant admits the allegations contained in the first sentence of Paragraph 32. Defendant denies the allegations contained in the second sentence of Paragraph 32.

33. Denied.

34. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 34, and so, on that basis and to the extent that a response is deemed required, denies those allegations.

35. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 35, and so, on that basis and to the extent that a response is deemed required, denies those allegations.

36. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 36, and so, on that basis and to the extent that a response is deemed required, denies those allegations.

37. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 37, and so, on that basis and to the extent that a response is deemed required, denies those allegations. Defendant admits only that Plaintiff was at the Boise VA Medical Center from May 2 to May 21, 2016.

38. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 38, and so, on that basis and to the extent that a response is deemed required, denies those allegations.

## COUNT 1

39. Defendant incorporates by reference its response to the allegations contained in Paragraphs 1-38.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

**ANSWER - 5**

44. Denied.

## DEMAND FOR ATTORNEY FEES

45. Defendant incorporates by reference its response to the allegations contained in Paragraphs 1-44.

46. Denied.

## PRAYER FOR RELIEF

Plaintiff's prayer for relief does not require a response. Defendant denies that Plaintiff is entitled to the relief they request or to any relief whatsoever.

## DEMAND FOR A JURY

Defendant denies that any claim asserted by Plaintiff is triable by jury.

## FIRST AFFIRMATIVE DEFENSE

Defendant is not liable for any negligence of independent contractors or non-Federal providers who may have treated Plaintiff. 28 U.S.C. § 2671.

## SECOND AFFIRMATIVE DEFENSE

The injuries and damages alleged in the Complaint were not proximately caused or contributed to by any negligent or wrongful act or omission of any agent, employee, or representative of Defendant.

## THIRD AFFIRMATIVE DEFENSE

Any liability attributed to Defendant, if any, is limited to its proportionate share, if any, of the fault. To the extent the damages claimed by the Plaintiff are the fault of the Plaintiff or third persons not within the control of Defendant, Plaintiff's recovery must be reduced.

## **FOURTH AFFIRMATIVE DEFENSE**

The United States has, or may have, additional affirmative defenses which are not yet known to Defendant, but which may become known through future discovery. Defendant asserts each and every affirmative defense that may be supported by the evidence as it is revealed or developed through future discovery.

WHEREFORE, having answered each and every allegation contained in Plaintiff's Complaint, Defendant United States denies that Plaintiff is entitled to any recovery, prays that this Court deny Plaintiff's Complaint, dismiss this action, enter judgment in favor of Defendant, award Defendant its costs, and for such other relief as the Court deems just and proper.

Respectfully submitted this 15th day of March, 2019.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:


        /s/ Christine G. England
        CHRISTINE G. ENGLAND
        Assistant United States Attorney

**ANSWER - 7**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2019, the foregoing **ANSWER** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Randall Schmitz
Randy@skauglaw.com

                                                  /s/ Danielle Haws
                                                     Paralegal

**ANSWER - 8**